M. Craig Tyler, *pro hac vice*
**PERKINS COIE LLP**
405 Colorado Street, Suite 1700
Austin, TX 78701
Tel:     (737) 256-6100
Email: CTyler@perkinscoie.com

Daniel T. Shvodian, CA Bar No. 184576
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
Tel:     (650) 838-4300
Email: DShvodian@perkinscoie.com

R. Tyler Kendrick, *pro hac vice*
Jessica J. Delacenserie, *pro hac vice*
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Tel:     (206) 359-8000
Email: RKendrick@perkinscoie.com
           JDelacenserie@perkinscoie.com

*Attorneys for Plaintiff AUO Corporation*

Brian D. Ledahl, SBN 186579
Paul A. Kroeger, SBN 229074
Andrew D. Weiss, SBN 232974
James S. Tsuei, SBN 285530
Minna Jay, SBN 305941
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Defendants
TRIVALE TECHNOLOGIES, LLC, and
IPVALUE MANAGEMENT, INC.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AUO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TRIVALE TECHNOLOGIES, LLC, AND IPVALUE MANAGEMENT, INC.<br><br>Defendants. | **Case No. 3:26-cv-01739-RFL**<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO EXTEND TIME PURSUANT TO CIVIL L.R. 6-2** |

Pursuant to Civil Local Rule 6-2 and the Standing Order for Civil Cases Before Judge Rita F. Lin, Plaintiff AUO Corporation ("AUO") and Defendants Trivale Technologies, LLC ("Trivale") and IPValue Management, Inc. ("IPValue") (collectively, "Defendants") respectfully submit this Stipulated Request to extend the deadline for AUO to respond to Defendants' Motion to Dismiss and Strike the First Amended Complaint for Declaratory Judgment ("Motion to Dismiss," Dkt. 32) by two weeks, from July 2, 2026, to **July 16, 2026**.

The parties further respectfully submit that "good cause for delay" exists with respect to issuance of a scheduling order under Fed. R. Civ. P. 16(b) in view of Defendants' Motion to Dismiss. Defendants have not yet answered the declaratory judgment complaint and the deadlines for patent disclosures and claim construction proceedings cannot be set until Trivale (and IPValue, if necessary) serves its answer and any counterclaims it may assert. For example, if Trivale asserts a counterclaim of infringement, it will need to serve infringement contentions, and AUO will need to serve invalidity contentions 45 days later. Patent L.R. 3-5(a); Patent L.R. 3-3. If, on the other hand, neither Defendant asserts a counterclaim of infringement, AUO will need to serve invalidity contentions "14 days after the defendant serves its answer, or 14 days after the Initial Case Management Conference, whichever is later." Patent L.R. 3-5(a). All of the other deadlines in the local patent rules are derived from the date of service of the invalidity contentions. *See generally* Patent L.R. 3-8–3-10, 4-1–4-6. Accordingly, the parties believe it is most efficient to wait until after the Motion to Dismiss has been resolved and Trivale (and IPValue, if necessary) has answered before entering a scheduling order.

This Stipulated Request is supported by the accompanying declaration. As explained therein, the parties previously stipulated to an extension of the deadline for Defendants to answer or otherwise respond to the complaint (Dkt. 28), but have not requested any other extensions in this case. The Court has not stated that no further extensions will be granted. The below table lists all existing deadlines set by the Court and the parties' proposed extended deadlines.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| AUO's Response to Motion to Dismiss | July 2, 2026 | **July 16, 2026** |
| Defendants' Reply ISO Motion to Dismiss | July 9, 2026 | **July 23, 2026** |

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: June 23, 2026         /s/ M. Craig Tyler
                             Counsel for Plaintiff

DATED: June 23, 2026         /s/ Andrew D. Weiss
                             Counsel for Defendants

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED:     June 24, 2026

Hon. Rita F. Lin
United States District Judge

3              STIPULATED REQUEST TO EXTEND TIME

**SIGNATORY ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above Signatories.

>                           /s/ M. Craig Tyler
>                           M. Craig Tyler

STIPULATED REQUEST TO EXTEND TIME